**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 13-6026**

───────────

BENNIE AUSTIN MACK, JR.,

        Plaintiff - Appellant,

       v.

D. DREW, in her individual capacity and in her official capacity as Warden for the Federal Correctional Institute at Bennettsville South Carolina; P. JENKINSON, in her individual capacity and in her official capacity as case Manager at FCI Bennettsville South Carolina; MS. STONEBREAKER, in her individual capacity as Camp Counselor at FCI Bennettsville South Carolina; R. E. HOLT, in his individual capacity and in his official capacity as Regional Director for the Federal Bureau of Prisons; YVONNE HINKSON, in her individual capacity and in her official capacity as Director of the Federal Bureau of Prisons,

        Defendants - Appellees.

───────────

Appeal from the United States District Court for the District of South Carolina, at Beaufort. Joseph F. Anderson, Jr., District Judge. (9:09-cv-02891-JFA)

───────────

Submitted: April 26, 2013         Decided: May 3, 2013

───────────

Before GREGORY, SHEDD, and DUNCAN, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Bennie Austin Mack, Jr., Appellant Pro Se.  Marshall Prince, II, Assistant United States Attorney, Columbia, South Carolina, for Appellees.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bennie Austin Mack, Jr. appeals the district court's order denying his Fed. R. Civ. P. 60(b)(3) motion for relief from the district court's judgment dismissing his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We previously affirmed the district court's orders dismissing the complaint and denying Mack's motions for reconsideration. We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED